JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL TURMAN,<br><br>        Plaintiff,<br><br>        v.<br><br>DEAN BORDERS, et al.,<br><br>        Defendants. | Case No. EDCV 18-1533-PSG (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: 6/10/20

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE